UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : NO. 1:23-bk-00263-HWV
:
PHILLIP RUSSELL PERRONE :
Debtor : CHAPTER 13
:

## NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLANS AND DISCLOSURE STATEMENTS

Paul C. Bametzreider, attorney for Jonestown Bank & Trust Co., hereby enters his appearance in this case. As directed by Federal Rule of Bankruptcy Procedure 9010(b), the attorney's name, office address, phone number, fax number and e-mail address are:

Paul C. Bametzreider
Reilly Wolfson
1601 Cornwall Road
Lebanon, PA 17042
(717) 273-3733
Fax: (717) 273-1535
e-mail: paulb@reillywolfson.com

You are hereby requested to give copies of all Notices required by Federal Rules of Bankruptcy Procedure, including Notices under Rule 2002(i), to the above attorney at his address shown above.

You are also hereby requested pursuant to Federal Rule of Bankruptcy Procedure 3017(a) to serve copies filed by any party of all plans and disclosure statements upon the above attorney at the above address.

REILLY WOLFSON

/s/ Paul C. Bametzreider
I.D. #55748
1601 Cornwall Road
Lebanon, PA 17042
(717) 273-3733