| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|---|---|---|---|---|---|
| DK6 | 019089 | 190070 | | 0000480087 | 1 |

# Earnings Statement



MODERN HANDLING EQUIPMENT COMPANY
2501 DURHAM RD
BRISTOL, PA 19007

Period Beginning: 11/12/2022
Period Ending: 11/25/2022
Pay Date: 12/01/2022

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0,$20 Additional Tax
  PA: N/A

**PHILLIP R PERRONE**
**40 CRAWFORD COURT**
**YORK PA 17406**

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 30.6100 | 56.00 | 1,714.16 | 39,265.01 |
| DISC BONUS | | | 46.15 | 1,061.45 |
| Holiday | 30.6100 | 16.00 | 489.76 | 1,714.16 |
| Overtime | | | | 183.66 |
| Bereavement | | | | 734.64 |
| Commission | | | | 296.02 |
| Er 3Psp Tax | | | | 699.66 |
| Pto | | | | 4,117.05 |
| **Gross Pay** | | | **$2,250.07** | 48,071.65 |

### Deductions

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -206.10 | 4,249.24 |
| Social Security Tax | -139.73 | 2,942.42 |
| Medicare Tax | -32.68 | 688.15 |
| PA State Income Tax | -69.08 | 1,454.32 |
| Manchester T Income Tax | -22.50 | 473.72 |
| Manchester T Local Svc Tax | -2.00 | 48.00 |
| PA SUI Tax | -1.35 | 28.42 |

**Other**

| | | |
|---|---|---|
| Client 401K | -67.50* | 954.65 |
| Met Acc D & D | -0.72 | 15.84 |
| Met Critical II | -14.30 | 314.60 |
| Met Trm Lif Ch | -0.10 | 2.20 |
| Met Trm Lif Ee | -4.00 | 88.00 |
| Met Trm Lif Sp | -1.00 | 22.00 |
| 401K LOAN | -98.41 | 2,361.84 |
| Er 3Psp Tax | | 699.66 |

| | | | |
|---|---|---|---|
| **Net Pay** | **$1,590.60** | | |
| Checking | -1,550.60 | 32,768.59 | |
| Savings | -40.00 | 960.00 | |
| **Net Check** | **$0.00** | | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,182.57
Your PA taxable wages this period are
$2,250.07
Your Manchester T taxable wages this period are
$2,250.07

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Group Term Life | 3.60 | 86.40 |
| Pto Hours Bal | -33.95 | |
| Totl Hrs Worked | 56.00 | |

### Important Notes
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.



| | | |
|---|---|---|
| Advice number: | 00000480087 | |
| Pay date: | 12/01/2022 | |



**Deposited to the account of**
**PHILLIP R PERRONE**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0754 | xxxx xxxx | $40.00 |
| xxxxxxxxx0754 | xxxx xxxx | $1,550.60 |

### NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|---|---|---|---|---|---|
| DK6 | 019089 | 190070 | | 0000500092 | 1 |

Page 1(Con't Next Page)

MODERN HANDLING EQUIPMENT COMPANY
2501 DURHAM RD
BRISTOL, PA 19007

# Earnings Statement

**ADP**

Period Beginning: 11/26/2022
Period Ending: 12/09/2022
Pay Date: 12/15/2022

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0,$20 Additional Tax
  PA: N/A

PHILLIP R PERRONE
40 CRAWFORD COURT
YORK PA 17406

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 30.6100 | 80.00 | 2,448.80 | 41,713.81 |
| Commission | | | 174.73 | 470.75 |
| DISC BONUS | | | 46.15 | 1,107.60 |
| Overtime | | | | 183.66 |
| Bereavement | | | | 734.64 |
| Er 3Psp Tax | | | | 699.66 |
| Holiday | | | | 1,714.16 |
| Pto | | | | 4,117.05 |
| YE Bon | | | | 1,000.00 |
| **Gross Pay** | | | **$2,669.68** | 51,741.33 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -254.95 | 4,717.59 |
| | Social Security Tax | -165.74 | 3,170.16 |
| | Medicare Tax | -38.76 | 741.41 |
| | PA State Income Tax | -81.96 | 1,566.98 |
| | Manchester T Income Tax | -26.70 | 510.42 |
| | Manchester T Local Svc Tax | -2.00 | 50.00 |
| | PA SUI Tax | -1.61 | 30.63 |
| | **Other** | | |
| | Client 401K | -80.09* | 1,064.74 |
| | Met Acc D & D | -0.72 | 16.56 |
| | Met Critical Il | -14.30 | 328.90 |
| | Met Trm Lif Ch | -0.10 | 2.30 |
| | Met Trm Lif Ee | -4.00 | 92.00 |
| | Met Trm Lif Sp | -1.00 | 23.00 |
| | 401K LOAN | -98.41 | 2,460.25 |

| Other | this period | year to date |
|---|---|---|
| Er 3Psp Tax | | 699.66 |
| **Net Pay** | **$1,899.34** | |
| Checking | -1,859.34 | 35,266.73 |
| Savings | -40.00 | 1,000.00 |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,589.59
Your PA taxable wages this period are
$2,669.68
Your Manchester T taxable wages this period are
$2,669.68

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Group Term Life | 3.60 | 90.00 |
| Pto Hours Bal | -28.10 | |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

© 2000 ADP, Inc.



Advice number: 00000500092
Pay date: 12/15/2022

Deposited to the account of
PHILLIP R PERRONE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0754 | xxxx xxxx | $40.00 |
| xxxxxxxxx0754 | xxxx xxxx | $1,859.34 |

*THIS IS NOT A CHECK*

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|---|---|---|---|---|---|
| DK6 | 019089 | 190070 | | 0000500092 | 1 |

Page 2

MODERN HANDLING EQUIPMENT COMPANY
2501 DURHAM RD
BRISTOL, PA 19007

# Earnings Statement 

Period Beginning: 11/26/2022
Period Ending: 12/09/2022
Pay Date: 12/15/2022

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 0,$20 Additional Tax
    PA: N/A

**PHILLIP R PERRONE**
**40 CRAWFORD COURT**
**YORK PA 17406**

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.



# CONTINUED FROM PRIOR PAGE
# YOUR VOUCHER IS PROVIDED ON PAGE 1

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|-----|------|-------|-------|-----------|-----|
| DK6 | 019089 | 190070 | | 0000520106 | 1 |

Page 1(Con't Next Page)

MODERN HANDLING EQUIPMENT COMPANY
2501 DURHAM RD
BRISTOL, PA 19007

# Earnings Statement



Period Beginning: 12/10/2022
Period Ending: 12/23/2022
Pay Date: 12/29/2022

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 0,$20 Additional Tax
 PA: N/A

PHILLIP R PERRONE
40 CRAWFORD COURT
YORK PA 17406

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 30.6100 | 64.00 | 1,959.04 | 43,672.85 |
| DISC BONUS | | | 46.15 | 1,153.75 |
| Holiday | 30.6100 | 8.00 | 244.88 | 1,959.04 |
| Pto | 30.6100 | 8.00 | 244.88 | 4,361.93 |
| Overtime | | | | 183.66 |
| Bereavement | | | | 734.64 |
| Commission | | | | 470.75 |
| Er 3Psp Tax | | | | 699.66 |
| YE Bon | | | | 1,000.00 |
| **Gross Pay** | | | **$2,494.95** | 54,236.28 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -234.61 | 4,952.20 |
| | Social Security Tax | -154.91 | 3,325.07 |
| | Medicare Tax | -36.23 | 777.64 |
| | PA State Income Tax | -76.59 | 1,643.57 |
| | Manchester T Income Tax | -24.95 | 535.37 |
| | Manchester T Local Svc Tax | -2.00 | 52.00 |
| | PA SUI Tax | -1.49 | 32.12 |
| | **Other** | | |
| | Client 401K | -74.85* | 1,139.59 |
| | Met Acc D & D | -0.72 | 17.28 |
| | Met Critical Il | -14.30 | 343.20 |
| | Met Trm Lif Ch | -0.10 | 2.40 |
| | Met Trm Lif Ee | -4.00 | 96.00 |
| | Met Trm Lif Sp | -1.00 | 24.00 |
| | 401K LOAN | -98.41 | 2,558.66 |

| Other | this period | year to date |
|---|---|---|
| Er 3Psp Tax | | 699.66 |
| **Net Pay** | **$1,770.79** | |
| Checking | -1,730.79 | 36,997.52 |
| Savings | -40.00 | 1,040.00 |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,420.10
Your PA taxable wages this period are $2,494.95
Your Manchester T taxable wages this period are $2,494.95

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 3.60 | 93.60 |
| Pto Hours Bal | -22.25 | |
| Totl Hrs Worked | 64.00 | |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

© 2000 ADP, Inc.



Advice number: 00000520106
Pay date: 12/29/2022

*This is not a check*

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| PHILLIP R PERRONE | xxxxxx0754 | xxxx xxxx | $40.00 |
| | xxxxxxxxx0754 | xxxx xxxx | $1,730.79 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|---|---|---|---|---|---|
| DK6 | 019089 | 190070 | | 0000520106 | 1 |

Page 2

*MODERN HANDLING EQUIPMENT COMPANY*
*2501 DURHAM RD*
*BRISTOL, PA 19007*

# Earnings Statement 

Period Beginning: 12/10/2022
Period Ending: 12/23/2022
Pay Date: 12/29/2022

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 0,$20 Additional Tax
   PA: N/A

**PHILLIP R PERRONE**
**40 CRAWFORD COURT**
**YORK PA 17406**

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

# CONTINUED FROM PRIOR PAGE
# YOUR VOUCHER IS PROVIDED ON PAGE 1



**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|---|---|---|---|---|---|
| DK6 | 019089 | 190070 | | 0000020090 | 1 |

# Earnings Statement



MODERN HANDLING EQUIPMENT COMPANY
2501 DURHAM RD
BRISTOL, PA 19007

Period Beginning: 12/24/2022
Period Ending: 01/06/2023
Pay Date: 01/12/2023

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 0,$20 Additional Tax
   PA: N/A

**PHILLIP R PERRONE**
**40 CRAWFORD COURT**
**YORK PA 17406**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 30.6100 | 63.00 | 1,928.43 | 1,928.43 |
| DISC BONUS | | | 46.15 | 46.15 |
| Holiday | 30.6100 | 16.00 | 489.76 | 489.76 |
| Pto | 30.6100 | 1.00 | 30.61 | 30.61 |
| **Gross Pay** | | | **$2,494.95** | 2,494.95 |

* **Excluded from federal taxable wages**

Your federal taxable wages this period are $2,420.10
Your PA taxable wages this period are $2,494.95
Your Manchester T taxable wages this period are $2,494.95

| **Deductions** | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -225.19 | 225.19 |
| | Social Security Tax | -155.02 | 155.02 |
| | Medicare Tax | -36.26 | 36.26 |
| | PA State Income Tax | -76.59 | 76.59 |
| | Manchester T Income Tax | -24.95 | 24.95 |
| | Manchester T Local Svc Tax | -2.00 | 2.00 |
| | PA SUI Tax | -1.75 | 1.75 |
| | Other | | |
| | Client 401K | -74.85* | 74.85 |
| | Met Acc D & D | -0.72 | 0.72 |
| | Met Critical Il | -14.30 | 14.30 |
| | Met Trm Lif Ch | -0.10 | 0.10 |
| | Met Trm Lif Ee | -4.00 | 4.00 |
| | Met Trm Lif Sp | -1.00 | 1.00 |
| | 401K LOAN | -98.41 | 98.41 |
| | **Net Pay** | **$1,779.81** | |
| | Checking | -1,739.81 | 1,739.81 |
| | Savings | -40.00 | 40.00 |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 5.40 | 5.40 |
| Pto Hours Bal | -24.40 | |
| Totl Hrs Worked | 63.00 | |

**Important Notes**

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.



Advice number: 00000020090
Pay date: 01/12/2023

**Deposited to the account of**
**PHILLIP R PERRONE**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0754 | xxxx xxxx | $40.00 |
| xxxxxxxxx0754 | xxxx xxxx | $1,739.81 |

*THIS IS NOT A CHECK*

**NON-NEGOTIABLE**

# Earnings Statement 

MODERN HANDLING EQUIPMENT COMPANY
2501 DURHAM RD
BRISTOL, PA 19007

Period Beginning: 01/07/2023
Period Ending: 01/20/2023
Pay Date: 01/26/2023

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 0,$20 Additional Tax
   PA: N/A

PHILLIP R PERRONE
40 CRAWFORD COURT
YORK PA 17406

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 30.6100 | 77.00 | 2,356.97 | 4,285.40 |
| DISC BONUS | | | 46.15 | 92.30 |
| Pto | 30.6100 | 3.00 | 91.83 | 122.44 |
| Holiday | | | | 489.76 |
| **Gross Pay** | | | **$2,494.95** | 4,989.90 |

**Deductions**   Statutory

| | | |
|---|---|---|
| Federal Income Tax | -225.19 | 450.38 |
| Social Security Tax | -155.02 | 310.04 |
| Medicare Tax | -36.25 | 72.51 |
| PA State Income Tax | -76.59 | 153.18 |
| Manchester T Income Tax | -24.95 | 49.90 |
| Manchester T Local Svc Tax | -2.00 | 4.00 |
| PA SUI Tax | -1.74 | 3.49 |

Other

| | | |
|---|---|---|
| Client 401K | -74.85* | 149.70 |
| Met Acc D & D | -0.72 | 1.44 |
| Met Critical II | -14.30 | 28.60 |
| Met Trm Lif Ch | -0.10 | 0.20 |
| Met Trm Lif Ee | -4.00 | 8.00 |
| Met Trm Lif Sp | -1.00 | 2.00 |
| 401K LOAN | -98.41 | 196.82 |
| **Net Pay** | **$1,779.83** | |
| Checking | -1,739.83 | 3,479.64 |
| Savings | -40.00 | 80.00 |
| **Net Check** | **$0.00** | |

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are $2,420.10
Your PA taxable wages this period are $2,494.95
Your Manchester T taxable wages this period are $2,494.95

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Group Term Life | 5.40 | 10.80 |
| Pto Hours Bal | -19.55 | |
| Totl Hrs Worked | 77.00 | |

**Important Notes**

ADP TotalSource, Inc., A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

---

Advice number: 00000040099
Pay date: 01/26/2023



Deposited to the account of
**PHILLIP R PERRONE**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0754 | xxxx xxxx | $40.00 |
| xxxxxxxxx0754 | xxxx xxxx | $1,739.83 |

**NON-NEGOTIABLE**