Certificate Number: 06531-PAM-DE-037245591

Bankruptcy Case Number: 23-00263


06531-PAM-DE-037245591

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 9, 2023, at 7:33 o'clock AM CST, Phillip R Perrone completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 9, 2023

By: /s/Stephanie Kjetland

Name: Stephanie Kjetland

Title: Credit Counselor