In re:  Case No. 23-00263-HWV

Phillip Russell Perrone  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3

Date Rcvd: Mar 10, 2023     Form ID: ntcnfhrg     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Phillip Russell Perrone, 40 Crawford Ct., York, PA 17406-1219 |
| 5520639 | | BUTTONWOOD I, PO Box 15095, Wilmington, DE 19850-5095 |
| 5520640 | | Citibank N.A., 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 5520642 | + | Danna Perrone, 40 Crawford Ct., York, PA 17406-1219 |
| 5525200 | | First Capital Federal Credit Union, PO Box 7746, York, PA 17404-0746 |
| 5520644 | | First Capitol Cr Union, 1601 Kenneth Rd, York, PA 17408-2228 |
| 5522281 | + | Jonestown Bank & Trust Co., 2 West Market Street, Jonestown, PA 17038-9628 |
| 5520645 | | Jonestown Bank and Tru, Attn: Bankruptcy, PO Box 717, Jonestown, PA 17038-0717 |
| 5520657 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5520651 | + | Susquehanna Family Health Clinic, 401 Broad Avenue, Susquehanna, PA 18847-1611 |
| 5520660 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5526531 | | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 10 2023 18:51:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5520641 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Mar 10 2023 18:37:00 | Credit Corp Solutions, 63 E 11400thS 408, Sandy, Utah 84070 |
| 5520655 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Mar 10 2023 18:37:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5521698 | | Email/Text: mrdiscen@discover.com | Mar 10 2023 18:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5520643 | | Email/Text: mrdiscen@discover.com | Mar 10 2023 18:37:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5520656 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 10 2023 18:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5520646 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 10 2023 18:50:59 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5520647 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 10 2023 18:37:00 | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 5520648 | | Email/Text: bankruptcydpt@mcmcg.com | Mar 10 2023 18:37:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5520659 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 10 2023 18:37:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5520649 | | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2023 18:51:11 | Paypal Credit, PO Box 965004, Orlando, FL 32896-5004 |
| 5521914 | | Email/Text: bnc-quantum@quantum3group.com | Mar 10 2023 18:37:00 | Quantum3 Group LLC as agent for, Credit Corp |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5520650 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 10 2023 18:37:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5525334 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 10 2023 18:37:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5520802 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2023 18:51:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5520652 | | Email/Text: bankruptcydepartment@tsico.com | Mar 10 2023 18:37:00 | Transworld System Inc, Attn: Bankruptcy, PO Box 15630, Wilmington, DE 19850-5630 |
| 5520653 | | Email/Text: bankruptcydepartment@tsico.com | Mar 10 2023 18:37:00 | Transworld System Inc/, PO Box 15095, Wilmington, DE 19850-5095 |
| 5520658 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Mar 10 2023 18:37:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5520654 | | Email/Text: bankruptcies@uplift.com | Mar 10 2023 18:37:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085-3869 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Jonestown Bank & Trust Co., 2 West Market Street, Jonestown, PA 17038-9628 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2023           Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Phillip Russell Perrone jmh@johnhyamslaw.com acb@johnhyamslaw.com;sew@johnhyamslaw.com |
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC mfarrington@kmllawgroup.com |
| Paul C Bametzreider | on behalf of Creditor Jonestown Bank & Trust Co. paulb@reillywolfson.com dhiggins@reillywolfson.com |

United States Trustee                ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: <br><br> Phillip Russell Perrone, <br> **Debtor 1** | Chapter  13 <br><br> Case No.  1:23−bk−00263−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**April 19, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court <br> Sylvia H. Rambo US Courthouse, <br> Bankruptcy Courtroom No. 8 (4th Floor), 1501 N. 6th St, Harrisburg, PA 17102 | Date: April 26, 2023 <br><br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: ChristinaKovach, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 10, 2023 |

ntcnfhrg (08/21)