# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>PHILLIP RUSSELL PERRONE | CASE NO: 23-00263<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 4/24/2023, I did cause a copy of the following documents, described below,

1st Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/24/2023

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102
717 766 5300
acb@johnhyamslaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 23-00263 |
|---|---|
| PHILLIP RUSSELL PERRONE | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 13 |

On 4/24/2023, a copy of the following documents, described below,

1st Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/24/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA 17102

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-00263<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>MON APR 24 8-30-46 PST 2023 | JONESTOWN BANK TRUST CO<br>2 WEST MARKET STREET<br>JONESTOWN PA 17038-9628 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |
| ~~EXCLUDE~~<br>~~(U)ROCKET MORTGAGE LLC FKA QUICKEN~~<br>~~LOANS LL~~ | SYLVIA H RAMBO US COURTHOUSE<br>SYLVIA H RAMBO US COURTHOUSE<br>1501 N 6TH STREET<br>HARRISBURG PA 17102-1104 | BUTTONWOOD I<br>PO BOX 15095<br>WILMINGTON DE 19850-5095 |
| (P)DEPARTMENT OF LABOR INDUSTRY<br>ATTN OFFICE OF CHIEF COUNSEL<br>651 BOAS STREET 10TH FLOOR<br>HARRISBURG PA 17121-0751 | CITIBANK NA<br>320 E BIG BEAVER RD<br>TROY MI 48083-1238 | (P)CREDIT CORP SOLUTIONS INC<br>121 W ELECTION RD<br>SANDY UT 84020-7766 |
| DANNA PERRONE<br>40 CRAWFORD CT<br>YORK PA 17406-1219 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | DISCOVER FINANCIAL<br>PO BOX 30939<br>SALT LAKE CITY UT 84130-0939 |
| FIRST CAPITAL FEDERAL CREDIT UNION<br>PO BOX 7746<br>YORK PA 17404-0746 | FIRST CAPITOL CR UNION<br>1601 KENNETH RD<br>YORK PA 17408-2228 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| ~~EXCLUDE~~<br>~~(D)JONESTOWN BANK TRUST CO~~<br>~~2 WEST MARKET STREET~~<br>~~JONESTOWN PA 17038-9628~~ | JONESTOWN BANK AND TRU<br>ATTN BANKRUPTCY<br>PO BOX 717<br>JONESTOWN PA 17038-0717 | (P)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | MIDLAND CREDIT MANAGEM<br>320 E BIG BEAVER RD<br>TROY MI 48083-1271 | MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2037<br>WARREN MI 48090-2037 |
| MIDLAND FUNDINGMIDLAND CREDIT MGMT<br>ATTN BANKRUPTCY<br>PO BOX 939069<br>SAN DIEGO CA 92193-9069 | OFFICE OF ATTORNEY GENERAL<br>FINANCIAL ENFORCEMENT<br>16TH FLOOR STRAWBERRY SQUARE<br>HARRISBURG PA 17120-0001 | PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946 ATTNBANKRUPTCY<br>HARRISBURG PA 17128-0946 |
| PAYPAL CREDIT<br>PO BOX 965004<br>ORLANDO FL 32896-5004 | QUANTUM3 GROUP LLC AS AGENT FOR<br>CREDIT CORP SOLUTIONS INC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | QUICKEN LOANS<br>1050 WOODWARD AVE<br>DETROIT MI 48226-3573 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

ROCKET MORTGAGE LLC FKA QUICKEN LOANS
AT
635 WOODWARD AVENUE
DETROIT MI 48226-3408

SUSQUEHANNA FAMILY HEALTH CLINIC
401 BROAD AVENUE
SUSQUEHANNA PA 18847-1611

SYNCHRONY BANK
CO PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

TRANSWORLD SYSTEM INC
ATTN BANKRUPTCY
PO BOX 15630
WILMINGTON DE 19850-5630

TRANSWORLD SYSTEM INC
PO BOX 15095
WILMINGTON DE 19850-5095

(P)U S DEPARTMENT OF JUSTICE TAX
DIVISION
CIVIL TRIAL SECTION EASTERN REGION
P O BOX 227
BEN FRANKLIN STATION
WASHINGTON DC 20044-0227

UNITED STATES ATTORNEY
PO BOX 11754
HARRISBURG PA 17108-1754

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~228 WALNUT STREET SUITE 1190~~
~~HARRISBURG PA 17101-1722~~

(P)UPLIFT INC
5301 KIETZKE LN STE 200
RENO NV 89511-2083

WELLSPAN HEALTH
P O BOX 15119
YORK PA 17405-7119

(P)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

~~EXCLUDE~~
~~JOHN MATTHEW HYAMS~~
~~LAW OFFICES OF JOHN M HYAMS~~
~~2023 N 2ND ST~~
~~HARRISBURG PA 17102-2151~~

~~EXCLUDE~~
~~PHILLIP RUSSELL PERRONE~~
~~40 CRAWFORD CT~~
~~YORK PA 17406-1219~~