## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  PHILLIP RUSSELL PERRONE     :  CHAPTER 13
           Debtor                    :
                                          :
           JACK N. ZAHAROPOULOS       :
           STANDING CHAPTER 13 TRUSTEE  :
             Movant                  :
                                          :
           vs.                        :
                                          :
           PHILLIP RUSSELL PERRONE     :
             Respondent           :  CASE NO.   1-23-bk-00263

### TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

        AND NOW, this   30th   day of May, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

        1.  Trustee avers that debtor(s)' plan cannot be administered due to the lack of the following:

           a.  Last paystub dated May, 2023 for non-filing spouse.

        WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

           a.  Deny confirmation of debtor(s) plan.
           b.  Dismiss or convert debtor(s) case.
           c.  Provide such other relief as is equitable and just.

                    Respectfully submitted:

                    Jack N. Zaharopoulos
                    Standing Chapter 13 Trustee
                    8125 Adams Drive, Suite A
                    Hummelstown, PA 17036
                    (717) 566-6097

           BY:       /s/Douglas R. Roeder
                    Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

        AND NOW, this   30th   day of May, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Hyams, Esquire
2023 N. 2nd Street, Suite 203
Harrisburg, PA   17102

                            <u>/s/Deborah A. DePalma</u>
                            Office of Jack N. Zaharopoulos
                            Standing Chapter 13 Trustee