UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  PHILLIP RUSSELL PERRONE          :  CHAPTER 13
          Debtor(s)          :
                    :

JACK N. ZAHAROPOULOS          :
STANDING CHAPTER 13 TRUSTEE          :
          Movant          :
                    :

          vs.          :
                    :

PHILLIP RUSSELL PERRONE          :
          Respondent(s)          :  CASE NO.  1-23-bk-00263


WITHDRAWAL OF TRUSTEE'S OBJECTION TO
AMENDED CHAPTER 13 PLAN

        AND NOW, this   9th   day of June, 2023, comes Jack N. Zaharopoulos,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about May 30, 2023 be withdrawn as all issues have been resolved.

                    Respectfully submitted:

                    /s/Jack N. Zaharopoulos
                    Standing Chapter 13 Trustee
                    8125 Adams Drive, Suite A
                    Hummelstown, PA 17036
                    (717) 566-6097


CERTIFICATE OF SERVICE

        AND NOW, this   9th   day of June, 2023, I hereby certify that I have served the
within Motion by electronically notifying parties or by depositing a true and correct copy of the
same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail,
addressed to the following:

John Hyams, Esquire
2023 N. 2nd Street, Suite 203
Harrisburg, PA   17102

                    /s/Deborah A. DePalma
                    Office of Jack N. Zaharopoulos
                    Standing Chapter 13 Trustee