UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 1:23-BK-00263-HWV |
| PHILLIP RUSSELL PERRONE,<br>Debtor | : CHAPTER 13 |
| JONESTOWN BANK &<br>TRUST CO.,<br>Movant | |
| vs. | |
| PHILLIP RUSSELL PERRONE,<br>Respondent | |
| AND | |
| JACK N. ZAHAROPOULOS,<br>CH. 13 TRUSTEE | |

**PRAECIPE TO WITHDRAW MOTION OF JONESTOWN BANK & TRUST CO. FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362**

TO THE CLERK OF THE MIDDLE DISTRICT OF PENNSYLVANIA BANKRUPTCY COURT:

Please withdraw the Motion of Jonestown Bank & Trust Co. for Relief from Automatic Stay Pursuant to 11 U.S.C. §362 file to Docket No. 1:23-bk-00263.

BARLEY SNYDER

_/s/ Paul C. Bametzreider_
PAUL C. BAMETZREIDER, ESQUIRE
I.D. No. 55748
Attorney for Movant
1601 Cornwall Road
Lebanon, PA 17042
Telephone: 717/273-3733

11007554.1